IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LIBERTY CHRISTIAN ACADEMY,  *Plaintiff,*  v.  VIRGINIA HIGH SCHOOL LEAGUE, INC.,  *Defendant.* | CASE NO. 6:14-cv-00018  **ORDER**  JUDGE NORMAN K. MOON |

This Matter is before the Court on Plaintiff Liberty Christian Academy's ("LCA") Stipulated Motion to Dismiss the above-styled cause with prejudice. The Court notes that LCA's Motion is stipulated to by counsel for the Virginia High School League ("VHSL") and that it is made in accordance with Paragraph 14 of this Court's Order approving the Settlement Agreement entered into and executed by LCA and VHSL. (Dkt. 60, Order Approving Stipulation & Settlement Agreement and General Release, ¶ 14). **WHEREFORE**, for good cause shown, LCA's Motion is hereby **GRANTED**, and it is therefore **ORDERED** that the above-styled cause should be and hereby is **DISMISSED** with prejudice.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this __29th__ day of May, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE